**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Pierro L. Thompson v. 3M et al.<br>2:23-cv-05315-RMG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff PIERRO L. THOMPSON and their counsel hereby voluntarily dismiss the above-captioned action and Complaint *without prejudice*. The Defendants have not served an answer or a motion for summary judgment.

Dated: February 12, 2025

/s/ *Douglass A. Kreis*
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiff Pierro L. Thompson*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on <u>February 12, 2025</u>, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                              */s/ Douglass A. Kreis*
                                              Douglass A. Kreis